**Order entered December 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00229-CR
No. 05-19-00230-CR
No. 05-19-00231-CR
No. 05-19-00232-CR
No. 05-19-00233-CR

**TYRONTAE LOMON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 069973, 069975, 069976, 069977 & 069796**

## ORDER

Before the Court is appellant's November 21, 2019 motion to supplement the appellate record with the court reporter's "backup audio." We **DENY** appellant's motion.

We **ORDER** the trial court to conduct a hearing and to make findings of fact regarding whether the original volume 5 of the May 10, 2019 reporter's record contains a typographical error on page 87, line 7 ("sentence you to four years TDC") and, if so, whether the November 21, 2019 corrected volume 5, page 87, line 7 of the reporter's record accurately reflects the proceedings in the trial court ("sentence you to 40 years TDC"). *See* TEX. R. APP. P. 34.6(e)(2).

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable James Fallon, Presiding Judge, 15th District Court; to Misty Skinner, official court reporter, 15th District Court; and to all counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental record containing the trial court's findings of fact or when the Court otherwise deems it appropriate to reinstate the appeal.

/s/ BILL PEDERSEN, III
   JUSTICE